JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIACOMINI,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, FCI Terminal Island,<br><br>  Respondent. | NO. CV 23-1657-MCS (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied as moot and dismissed.

DATED: July 28, 2023

_____
MARK C. SCARSI
United States District Judge